**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000825**
**26-JUL-2019**
**08:29 AM**

NO. CAAP-18-0000825

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GREEN TREE SERVICING, LLC, Plaintiff-Counterclaim
Defendant/Appellee v. ROSY ESPRECION THOMAS,
Defendant-Counterclaim Plaintiff/Appellant;
APRIL ROSE ANUHEA THOMAS; BRADLEY SCOTT THOMAS;
UNITED STATES OF AMERICA; JOHN DOES 1-50; JANE DOES 1-50;
DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50;
DOE GOVERNMENTAL UNITS 1-50, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-2392-09)

ORDER DENYING APRIL 25, 2019 MOTION TO
DISMISS APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Fujise, Presiding Judge, Leonard and Chan, JJ.)

Upon review of (1) the April 25, 2019 motion by Third-Party Defendants/Appellees the Honorable Jeannette H. Castagnetti (Judge Castagnetti) and Dennis P. Simoncelli (Simoncelli) to dismiss appellate court case number CAAP-18-0000825 for lack of appellate jurisdiction, (2) the lack of any responsive memorandum by Defendant/Counterclaim-Plaintiff/Third-Party Plaintiff/Appellant Rosy Esprecion Thomas (Rosy Thomas), and (3) the record, it appears that we have appellate jurisdiction over the instant appeal for the purpose of reviewing the Honorable Bert I. Ayabe's November 7, 2018 judgment on an order confirming the sale of foreclosed property.

The November 7, 2018 judgment is properly certified under Rule 54(b) of the Hawaiʻi Rules of Civil Procedure (HRCP) and it is an appealable final judgment pursuant to Hawaii Revised Statutes (HRS) § 667-51(a)(2) (2016), despite that it does not resolve all claims against all parties. Furthermore, the circuit court's accompanying November 7, 2018 writ of ejectment renders the November 7, 2018 judgment immediately appealable pursuant to the Forgay doctrine, which "allows an appellant to immediately appeal a judgment for execution upon property, even if all claims of the parties have not been finally resolved." KNG Corp. v. Kim, 107 Hawaiʻi 73, 77, 110 P.2d 397, 401 (2005) (citation and internal quotation marks omitted); Ciesla v. Reddish, 78 Hawaiʻi 18, 20, 889 P.2d 702, 704 (1995). Rule 4(a)(2) of the Hawaiʻi Rules of Appellate Procedure (HRAP) provides: "If a notice of appeal is filed after announcement of a decision but before entry of the judgment or order, such notice shall be considered as filed immediately after the time the judgment or order becomes final for the purpose of appeal." (Emphases added). Rosy Thomas filed her October 24, 2018 notice of appeal

- after the circuit court's October 11, 2018 announcement in minutes that it intended to grant Plaintiff/Counterclaim-Defendant/Appellee Green Tree Servicing LLC's motion to confirm the sale of the foreclosed property,

- but before entry of the November 7, 2018 judgment on the order confirming the sale of the foreclosed property.

Therefore, Rosy Thomas's October 24, 2018 notice of appeal is timely under HRAP Rule 4(a)(2) as to the November 7, 2018 judgment. Consequently, pursuant to HRS § 667-51(a)(2), as well as HRS § 661-1(a) and the Forgay doctrine, we have appellate

2

jurisdiction to review the November 7, 2018 judgment on the order confirming the sale of the foreclosed property.

Accordingly, Judge Castagnetti and Simoncelli's April 25, 2019 motion to dismiss appeal for lack of appellate jurisdiction is denied.

DATED: Honolulu, Hawai'i, July 26, 2019.

Presiding Judge

Associate Judge

Associate Judge

3